

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00257-CV

JAMES T. DREILING AND SILVEROAK LAND COMPANY, L.P., Appellants

V.

SECURITY STATE BANK & TRUST, Appellee

Appeal from the County Court of Kendall County.  (Tr. Ct. No. 12-473CCL).

This case is an appeal from the final judgment signed by the trial court on December 5, 2013.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court orders that the appellants, James T. Dreiling and Silveroak Land Company, L.P., jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 5, 2015.